IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARKIST MOORE,

    Plaintiff,

v.

BRYAN PRIMERAMO, et al.,

    Defendants.

4:17-CV-990
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 14th DAY OF NOVEMBER, 2017, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 13) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 13) is **ADOPTED** for the reasons discussed therein.

2. The Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge